UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 96-6020-CR-ZLOCH

SANTOS ACEVEDO,

       Petitioner,

vs.                                              **O R D E R**

UNITED STATES OF AMERICA,

       Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 390) filed herein by United States Magistrate Judge Patrick A. White. No objections have been filed to said Report. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge (DE 390) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court; and

    2. Petitioner Santos Acevedo's Motion For Relief From Judgment (DE 386) be and the same is hereby **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     9th     day of December, 2009.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

Santos Acevedo, Pro Se
Reg. No. 43536-004
FCC Coleman - USP
P. O. Box 1033
Coleman, FL 33521-1033